**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | No. 4:25-CR-379 SEP |
| | ) | |
| FENG LI, | ) | |
| | ) | |
| Defendant. | | |

**ORDER**

    **IT IS HEREBY ORDERED** that this case is set for a supervised release revocation hearing on **September 11, 2025, at 10:00 a.m. in the courtroom of the undersigned.**

    Dated this 25th day of July, 2025.

_____
SARAH E. PITLYK
UNITED STATES DISTRICT JUDGE